Front Drive-In Theatre, Inc., Respondent-Appellant, v. State of New York, Appellant-Respondent. (Claim No. 40574.) — Reynolds, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.